## 9254

### STATE v. HIGHSMITH.

### THOMPSON v. SAME.

(87 S. E. 482.)

APPEAL AND ERROR — SUPERSEDEAS — CONTEMPT. — Where defendant appealed from an order granting an injunction, and pending his appeal, another Judge found him guilty of contempt in violating the original order, and decreed punishment, the appellate Court will on execution of bond suspend the operation of both orders until the appeal from the first be determined.

Before MAULDIN and SHIPP, JJ., Sumter, 1915. Order of *supersedeas*.

Action by W. A. Thompson against Z. F. Highsmith, in which an order of injunction was granted by Judge Mauldin against defendant. Thereafter, in a proceeding by the State for contempt for violating the order, defendant was adjudged guilty by Judge Shipp. Defendant having appealed from both orders, he moves to suspend their operation until the appeal shall be heard and decided. Motion granted on defendant's execution of a surety bond.

*Mr. R. D. Epps,* for appellant.

*Mr. John H. Clifton,* for respondent.

January 10, 1916.

PER CURIAM.   The motion is by defendant, Highsmith, to suspend the operation of Judge Shipp's order until the appeal by Highsmith from Judge Mauldin's order shall have been heard and decided.

We think the motion must be granted, but only upon execution of a bond for $200, with surety to be approved by the clerk of Court for Sumter, conditioned to pay so much as the plaintiff, Thompson, may recover in his action against Highsmith.